UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                        CASE NO. 2:22-cr-78-TPB KCD

JEFFREY BRUCE CARBONEAU               18 U.S.C. § 2252(a)(4)(B)

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

From on or about December 23, 2009, through on or about July 21,

2022, in the Middle District of Florida, and elsewhere, the defendant,

JEFFREY BRUCE CARBONEAU,

did knowingly possess, and attempt to possess, and access with intent to view,

a matter which contained a visual depiction that had been shipped and

transported using any means and facility of interstate and foreign commerce

and that had been produced using materials that had been shipped and

transported using any means and facility of interstate and foreign commerce,

including by computer, when the production of the visual depiction involved

the use of a minor engaging in sexually explicit conduct and the visual

depiction was of such conduct, and the depiction involved a prepubescent

minor and a minor who had not attained 12 years of age.

All in violation of 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2).

## FORFEITURE

1.      The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture, pursuant to the provisions of 18 U.S.C. § 2253.

2.      Upon conviction of a violation of 18 U.S.C. § 2252(a), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 2253:

   a.      Any visual depiction described in 18 U.S.C. §§ 2251, 2251A, or 2252, 2252A, 2252B, or 2260 of Chapter 110, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Chapter 110;

   b.      Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

   c.      Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

3.      The property to be forfeited includes, but is not limited to, a Western Digital, My Passport external hard drive, serial number

WXN1A882934E.

4.　　If any of the property described above, as a result of any act or omission of the defendant:

      a.　　cannot be located upon the exercise of due diligence;

      b.　　has been transferred or sold to, or deposited with, a third person;

      c.　　has been placed beyond the jurisdiction of the Court;

      d.　　has been substantially diminished in value; or

      e.　　has been commingled with other property which cannot be subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property pursuant

to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b).

A TRUE BILL,

Foreperson

ROGER B. HANDBERG
United States Attorney

By:   *Yolande S. Viacava*

Yolande G. Viacava
Assistant United States Attorney

By:   *Jesus M. Casas*

Jesus M. Casas
Assistant United States Attorney
Chief, Fort Myers Division

4

FORM OBD-34
APR 1991

No. 2:22-cr-

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Fort Myers Division

THE UNITED STATES OF AMERICA

vs.

JEFFREY BRUCE CARBONEAU

## INDICTMENT

Violations:

18 U.S.C. § 2252(a)(4)(B)

A true bill,

████████████████████████

Foreperson

Filed in open court this 10th day

of August, 2022.

_____

Clerk

Bail $_____

GPO 863 525